RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
BRENT D. QUIST, ESQ.
Nevada Bar No. 9157
bquist@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:      (702) 839-1100
Facsimile:       (702) 839-1113
Attorneys for Defendant, State
Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARICELA BAUTISTA,<br><br>                                    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 THROUGH 20; DOE AGENCIES 1 THROUGH 20 AND ROE CORPORATIONS 1 THROUGH 20, INCLUSIVE,<br><br>                                    Defendants. | Case No:  2:14-cv-00728-JCM-VCF<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between BRADLEY J. MYERS, ESQ., of THE702FIRM, attorneys for MARICELA BAUTISTA, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that the within matter be dismissed, with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

each party to bear their own attorneys' fees and costs.

DATED this 3rd day of March 2015.

**THE702FIRM**

By: _____
BRADLEY J. MYERS, ESQ.
Nevada Bar. No. 8857
400 South Seventh Street
Ste. 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*MARICELA BAUTISTA*

DATED this 3 day of March, 2015.

**DENNETT WINSPEAR, LLP**

By: _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
BRENT D. QUIST, ESQ.
Nevada Bar No. 9157
3301 N. Buffalo Drive, Suite 195
Las Vegas, NV 89129
*Attorneys for Defendant STATE FARM*
*MUTUAL AUTOMOBILE INSURANCE*
*COMPANY*

### ORDER

UPON STIPULATION OF COUNSEL AND GOOD CAUSE APPEARING,

**IT IS SO ORDERED**:

DATED March 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

2